IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREA BAILEY

Plaintiff,

vs. No. 2:25-cv-00291-KG-GJF

JAMES HAMMOND,
Department of Public Safety,

Defendant.

**ORDER TO SHOW CAUSE**

This matter is before the Court *sua sponte*. On December 12, 2024, Plaintiff filed a Civil Complaint against Defendants James Hammond and Mathew Ray in the Catron County Division 1 Magistrate Court. Doc. 1-2. On March 21, 2025, Defendant Mathew Ray removed Plaintiff's complaint to this Court pursuant to 28 U.S.C. §1442(a)(1) because the allegations included claims for actions done in the course of Special Agent ("SA") Ray's duties as a federal officer. Doc. 1.

In separate motions, SA Ray moved to dismiss all the claims against him. Docs. 6, 12. Plaintiff did not respond to SA Ray's motions to dismiss. On March 16, 2026, the Court granted SA Ray's motions to dismiss without prejudice and ordered the Plaintiff to file an amended complaint within 21 days of the order. Doc. 15. Plaintiff has not filed an amended complaint.

Since this Court has dismissed SA Ray, it orders the parties to provide briefing on whether it should remand this case to Catron County Division 1 Magistrate Court.

It is hereby ordered:

1. Within 14 days of this order, Plaintiff Bailey and Defendant Hammond shall submit briefs on whether remand to Catron County Division 1 Magistrate Court is appropriate;

2. If a party fails to submit a brief, the party will be deemed to have consented to remand.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.